IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMETRIUS M. BOYD ,

    Petitioner,

v.

GARY BOUGHTON,

    Respondent.

ORDER

Case No. 17-cv-511-wmc

Petitioner Demetrius M. Boyd seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than July 26, 2017. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately January 1, 2017 through the date of the petition, July 1, 2017.

ORDER

IT IS ORDERED that:

    1.    Petitioner Demetrius M. Boyd may have until July 26, 2017, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before July 26, 2017, I will assume that petitioner wishes to withdraw this petition.

Entered this 5th day of July, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge