IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEMETRIUS BOYD,

    Petitioner,

v.

GARY BOUGTON,

    Respondent.

ORDER

Case No. 17-cv-511-wmc

Petitioner Demetrius Boyd has submitted a certified inmate trust fund account statement for the six-month period preceding the filing of a habeas petition. Accordingly, the court must determine whether petitioner qualifies for indigent status and, if so, calculate the initial partial payment of the $5.00 fee for this case.

Having considered petitioner's inmate trust fund account statement, I find that petitioner is unable to prepay the fees of commencing this action or to post security therefor. Accordingly, petitioner's request for leave to proceed *in forma pauperis* is granted.

ORDER

IT IS ORDERED that petitioner Demetrius Boyd's request for leave to proceed without prepayment of the filing fee is GRANTED.

Entered this 28th day of July, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge